UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOL OPHIR,<br><br>                              Plaintiff(s),<br><br>v.<br><br>KONEKSA HEALTH INC., et al.,<br><br>                              Defendant(s). | 23 Civ. 9145 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On December 13, 2023, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for December 20, 2023. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: December 15, 2023
       New York, New York

_____
DALE E. HO
United States District Judge