**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GOL OPHIR,

                    Plaintiff,

    -against-                                                              23 **CIVIL** 9145 (DEH)

                                                                                           **JUDGMENT**

KONESKA HEALTH INC., et al.,

                    Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 12, 2024, Defendants' motion to dismiss is GRANTED. Defendants' request for oral argument is denied, as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      June 12, 2024

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                           **BY:**          *K. Mango*

                                                                **Deputy Clerk**