# GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

June 25, 2025

**BY ECF**

Dale E. Ho, United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Gol Ophir v. Koneksa Health Inc., et al.*,
                Case No. 23-CV-09145 (DEH)

Dear Judge Ho:

      I represent Plaintiff Gol Ophir in the above-referenced action. I write, respectfully, to ascertain whether the Court requires additional briefing or oral argument on the pending motion to amend, filed by Plaintiff on September 9, 2024, *see* ECF Nos. 52-54. The motion was fully briefed as of October 2, 2024. *See* ECF Nos. 57 (Defendants' Opposition), 60 (Plaintiff's Reply).

      As the Court may recall, whether this case moves forward in federal court will depend on the Court's decision on the motion to amend.

      Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        */s/ Amy E. Robinson*
                                        Amy E. Robinson

cc:     All counsel (by ECF)